UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION


UNITED STATES OF AMERICA          )
                                  )
v.                                )          NO. 3:10-00258
                                  )          JUDGE CAMPBELL
MARTIN HERNANDEZ PINELA           )


<u>ORDER</u>


Due to interpreter scheduling issues, the sentencing hearing is scheduled back to its

original time of August 16, 2012, at 1:00 p.m.

IT IS SO ORDERED.



_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE